## DISCIPLINARY DOCKET

**01–282.  In re Bailey.**
Upon consideration of movant's amended motion to suppress deposition and movant's motion to compel Columbus Bar Association to provide names, business location, or address of unauthorized practice of law committee,

IT IS ORDERED by the court that the motions be, and hereby are, denied.

LUNDBERG STRATTON, J., would grant the motion to compel.